IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | 9:21-po-05050-KLD |
| Plaintiff, | VIOLATION: FBHU000R |
| vs. | ORDER |
| GABRIEL CHRISTY, | |
| Defendant. | |

Based upon the motion of the United States pursuant to the agreement between the parties and for good cause appearing,

IT IS HEREBY ORDERED that the defendant shall pay a total of $165.00 ($1250.00 fine, $30 processing fee and $10 special assessment). Payment(s) should be mailed to the following address:

Central Violations Bureau
P.O. Box 780549
San Antonio, TX 78278

The check(s) should be made out to the U.S. Courts - CVB. Defendant may also pay online at www.cvb.uscourts.gov.

DATED this 23rd day of August, 2022.

Kathleen L. DeSoto
United States Magistrate Judge